DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. MOORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2809

[November 22, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case Nos. 10-005727-CF-10A, 10-010511-CF-10A and 10-014324-CF-10A

Michael A. Moore, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***